United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORREY MITCHELL,

Plaintiff,

v.

RONALD BROOMFIELD, et al.,

Defendants.

Case No. 23-cv-06295-JSW

**SECOND ORDER OF SERVICE; INSTRUCTIONS TO CLERK**

Plaintiff was recently ordered to supply the names and locations of the Doe Defendants so the Marshal could serve them. (ECF No. 5 at 3.) He has indicated they are Salinas Valley State Prison ("SVSP") Warden Trent Allen and SVSP Chief Deputy Warden T. Lemon and both are located at SVSP. (ECF No. 6.)

Defendants Warden Trent Allen and Chief Deputy Warden T. Lemon Elisha Scott shall be served at Salinas Valley State Prison. Service shall proceed under the California Department of Corrections and Rehabilitation's (CDCR) e-service program for civil rights cases from prisoners in CDCR custody. In accordance with the program, the clerk is directed to serve on CDCR via email the following documents: the Amended Complaint, this Order, a CDCR Report of E-Service Waiver form, and a summons. The clerk also shall serve a copy of this order on the plaintiff.

No later than 40 days after service of this order via email on CDCR, CDCR shall provide the court a completed CDCR Report of E-Service Waiver advising the court which defendant(s) listed in this order will be waiving service of process without the need for service by the United States Marshal Service (USMS) and which defendant(s) decline to waive service or could not be reached. CDCR also shall provide a copy of the CDCR Report of E-Service Waiver to the California Attorney General's Office which, within 21 days, shall file with the court a waiver of service of process for the defendant(s) who are waiving service.

1  Upon receipt of the CDCR Report of E-Service Waiver, the clerk shall prepare for each
2  defendant who has not waived service according to the CDCR Report of E-Service Waiver a
3  USM-205 Form.  The clerk shall provide to the USMS the completed USM-205 forms and copies
4  of this order, the summons, and the operative complaint for service upon each defendant who has
5  not waived service.  The clerk also shall provide to the USMS a copy of the CDCR Report of E-
6  Service Waiver.

Defendants Allen and Lemon shall comply with the numbered paragraphs 3 and 4 of the conclusion of the Order of Service (ECF No.6).

The Clerk shall add Defendants Warden Trent Allen and Chief Deputy Warden T. Lemon Elisha Scott to the docket.

**IT IS SO ORDERED.**

Dated: February 7, 2024

_____
JEFFREY S. WHITE
United States District Judge