UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORREY MITCHELL,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD BROOMFIELD, et al.,<br><br>        Defendants. | Case No. 23-cv-06295-JSW<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 17 |

On or before **June 5, 2024**, Defendants shall show cause why Plaintiff's request for a temporary restraining order or preliminary injunction should not be granted.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____
JEFFREY S. WHITE
United States District Judge